FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 18 P 4: 02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL E. HUESCHEN | CIVIL ACTION |
| VERSUS | NO. 00-0029 |
| GERALD L. JENNINGS, ET AL | SEC. "A"  MAG. "2" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER FOR LEAVE TO FILE AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, CARL E. HUESCHEN, and upon suggesting to the Court as follows:

I.

Plaintiff desires to amend the original Complaint herein, adding as an additional defendant, RAIDER EXPRESS, INC. who was disclosed in informal discovery.

II.

Undersigned counsel has personally conferred with Shelly Hammond Provosty, attorney for defendants, GERALD L. JENNINGS and OLD AMERICAN COUNTY MUTUAL INSURANCE COMPANY, and she states that she has no objection to the plaintiff filing an Amending Complaint to add as an additional defendant in these proceedings, RAIDER EXPRESS, INC.

DATE OF ENTRY
MAY 23 2000



Fee_____
Process____
X/ Dktd____
/ CtRmDep____
Doc.No.____

FAVRET, DEMAREST, RUSSO & LUTKEWITTE
A Professional Law Corporation

_____
ANTHONY J. RUSSO, #8806
DEAN J. FAVRET, #20186
Attorneys for Plaintiff
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 561-1006 - Telephone
(504) 523-0699 – Fax


# C E R T I F I C A T E

I hereby certify that I have served a copy of the foregoing on opposing counsel by placing same in the U.S. Mails, postage prepaid this 18th day of May, 2000.

_____
DEAN J. FAVRET

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL E. HUESCHEN | CIVIL ACTION |
| VERSUS | NO. 00-0029 |
| GERALD L. JENNINGS, ET AL | SEC. "A"  MAG. "2" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Amend these pleadings, adding an additional defendant, RAIDER EXPRESS, INC., filed by the plaintiff in these proceedings, the Court being of the opinion that same should be granted;

IT IS ORDERED that the Amending Complaint of the plaintiff is hereby permitted to be filed in these proceedings and let service issue in accordance with the law.

NEW ORLEANS, LOUISIANA this _22_ day of _May_, 2000.

_____
UNITED STATES DISTRICT JUDGE