

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL E. HUESCHEN | CIVIL ACTION |
| VERSUS | NO. 00-0029 |
| GERALD L. JENNINGS, ET AL. | SECTION "A" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

    COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE

    BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE

    NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this <u>2ND</u> day of <u>OCTOBER</u>, 2000.

                                      UNITED STATES DISTRICT JUDGE

cc: ALL COUNSEL OF RECORD

DATE OF ENTRY
OCT - 3 2000

