


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * | | |
| CARL E. HUESCHEN | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0029 |
| VERSUS | * | |
| | * | SECTION "A" |
| GERALD L. JENNINGS and OLD | * | |
| AMERICAN COUNTY MUTUAL | * | MAG. "2" |
| INSURANCE COMPANY | * | |
| * * * * * * * * * * * * * * * * | | |

### MOTION TO DISMISS

On motion of plaintiff, Carl E. Hueschen, appearing herein through undersigned counsel, and on suggesting to the Court that the above-entitled and numbered suit has been settled and compromised, plaintiff moves the Court to dismiss this matter with prejudice and as of compromise;

IT IS ORDERED, ADJUDGED AND DECREED that the captioned matter be and the same is hereby dismissed with prejudice and as of compromise;

JUDGMENT READ, RENDERED AND SIGNED in open Court at New Orleans, Louisiana, this 23rd day of October, 2000.

_____
JUDGE

DATE OF ENTRY
OCT 23 2000

Fee_____
Process____
X /Dktd____
/ CtRmDep__
Doc.No.____

FAVRET, DEMAREST, RUSSO & LUTKEWITTE

BY: _____
DEAN FAVRET, ESQ. (Bar #20186)
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Attorney for Plaintiff
Telephone: (504) 561-1006

ALZ/10-10

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 20th day of October, 2000 served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____